1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN JOSE DIVISION

11

12   BENJAMIN VILLANUEVA,

Case No. 5:15-cv-04841  NC

13                Plaintiff,

**SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP
OF CASES**

14        v.

15   SANTA CLARA COUNTY,

16                Defendant.

17

18        In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19   above captioned case is referred to Magistrate Judge Paul S. Grewal to determine whether it

20   is related to 5:15-cv-00820 PSG, Benjamin Villanueva v. Unknown Officer, and 5:15-cv-

21   04828 PSG, Benjamin Villanueva v. Santa Clara County.

22        IT IS SO ORDERED.

23        Date:  November 6, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

24

25

26

27

28