UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VILLANUEVA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SANTA CLARA COUNTY,<br><br>　　　　　　Defendant. | Case No. 15-cv-04828-PSG<br><br>**ORDER DENYING MOTION TO VACATE**<br><br>**(Re: Docket No. 50)** |

　　　　In September 2015, the Superior Court of California, County of Santa Clara granted a motion to dismiss a lawsuit by Plaintiff Benjamin Villanueva.[1] Now before this court is Villanueva's motion to vacate the state court order.[2] Under what is known as the *Rooker-Feldman* doctrine, "federal district courts are without jurisdiction to hear direct appeals from the judgments of state courts."[3] "The doctrine bars a district court from exercising jurisdiction not only over an action explicitly styled as a direct appeal, but also over the 'de facto equivalent' of such an appeal."[4] That is precisely what Villanueva requests here, and this court has no jurisdiction to grant Villanueva the relief he seeks. The motion is DENIED.[5]

---

[1] *See Villanueva v. Harper*, Case No. 2015-1-CV-276372 (Cal. Sup. Ct. Sept. 1, 2015).

[2] *See* Docket No. 50. Separately, Villanueva has appealed that order through the state court system. *See* Docket No. 55-3, Ex. G.

[3] *Cooper v. Ramos*, 704 F.3d 772, 777 (9th Cir. 2012); *see also D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 476 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923).

[4] *Cooper*, 704 F.3d at 777 (quoting *Noel v. Hall*, 341 F.3d 1148, 1155 (9th Cir. 2003)).

[5] Pursuant to Civ. L.R. 7-1(b), the court resolves this motion without oral argument. The court also notes that Villanueva did not timely file a reply brief under Civ. L.R. 7-3(d).

1  **SO ORDERED.**

2  Dated: March 3, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge