UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VILLANUEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY,<br><br>    Defendant. | Case No. 15-cv-04828-PSG<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO VACATE**<br><br>**(Re: Docket No. 53, 68)** |

In January of this year, the court dismissed Plaintiff Benjamin Villanueva's initial complaint, but granted him leave to amend within 21 days.[1] Instead of amending his complaint, however, Villanueva filed a motion seeking a preliminary injunction and various other relief as well as a motion to vacate the court's dismissal order.[2] Because there is no operative complaint, the court cannot grant Villanueva any of the relief he seeks. The motions are DENIED.

---

[1] *See* Docket No. 41.

[2] *See* Docket Nos. 53, 68. Separately, Villanueva appealed the order dismissing the case to the Ninth Circuit. *See* Docket No. 42. The Ninth Circuit dismissed the appeal for lack of jurisdiction because this court had granted leave to amend. *See* Docket No. 66 (citing *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc)). "When a Notice of Appeal is defective in that it refers to a non-appealable interlocutory order, it does not transfer jurisdiction to the appellate court, and so the ordinary rule that the district court cannot act until the mandate has issued on the appeal does not apply." *Nascimento v. Dummer*, 508 F.3d 905, 908 (9th Cir. 2007) (citing *Ruby v. Secretary of Navy*, 365 F.2d 385, 388-89 (9th Cir. 1966) (en banc)). Therefore, although the Ninth Circuit's mandate has not yet issued, the court retains jurisdiction to address the pending motions.

1  **SO ORDERED.**

2  Dated: April 14, 2016

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge