United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VILLANUEVA,<br>      Plaintiff,<br>   v.<br>SANTA CLARA COUNTY,<br>      Defendant. | Case No. 15-cv-04828-PSG<br><br>**ORDER TO SHOW CAUSE** |

The court dismissed Plaintiff Benjamin Villanueva's complaint on January 19, giving him until February 10 to amend the complaint.[1]  To date, Villanueva has not filed an amended complaint.  No later than May 5, 2016, Villanueva shall show cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: April 14, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 41 at 3.

Case No. 15-cv-04828-PSG
ORDER TO SHOW CAUSE

1