UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VILLANUEVA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANTA CLARA COUNTY,<br><br>　　　　　Defendant. | Case No. 15-cv-04828-PSG<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

In light of Plaintiff Benjamin Villanueva's failure to respond to the court's order to show cause,[1] this case is DISMISSED without prejudice for failure to prosecute.[2]

**SO ORDERED.**

Dated: May 26, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 73.

[2] Villanueva has consented to the jurisdiction of the undersigned magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 72(a). *See* Docket No. 35.